**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GEORGE M. TILLMAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, *et al.*,<br><br>Defendants. | Civil Action No. 25-18690 (SDW) (AME)<br><br>**WHEREAS OPINION & ORDER**<br><br>August 31, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Plaintiff George Tillman, Jr.'s ("Plaintiff") Motions for a Protective Order (D.E. 8) and Temporary Restraining Order ("TRO") (D.E. 9); and this Court having reviewed the Plaintiff's submissions; and

**WHEREAS** this Court has interpreted Plaintiff's Motion for a Protective Order as also requesting relief pursuant to Federal Rule of Civil Procedure 65; and

**WHEREAS** because "[a]n injunction is a drastic and extraordinary remedy, which should not be granted as a matter of course," *Monsanto Co. v. Geertson Seed Farms*, 561 U.S. 139, 165 (2010), a party seeking a preliminary injunction must first establish (1) a likelihood of success on the merits and (2) that "it is more likely than not to suffer irreparable harm in the absence of preliminary relief," *Mallet & Co. v. Lacayo*, 16 F.4th 364, 380 (3d Cir. 2021) (quoting *Reilly v. City of Harrisburg*, 858 F.3d 173, 179 (3d Cir. 2017)). Only if the movant establishes these two factors does a court consider (3) whether granting preliminary injunctive relief will harm the

nonmoving party or other interested persons and (4) the public interest. *Reilly*, 858 F.3d at 178–79; and

**WHEREAS** this Court having previously dismissed Plaintiff's operative complaint for failure to state a claim upon which relief can be granted (D.E. 15, 16), it follows that Plaintiff has not established a likelihood of success on the merits. *See Mallet*, 16 F.4th at 380. Thus, Plaintiff's requests for injunctive relief are denied; therefore

**IT IS**, on this 31st day of August 2026,

**ORDERED** Plaintiff's Motions for a Protective Order (D.E. 8) and TRO (D.E. 9) are **DENIED**.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
André M. Espinosa, U.S.M.J.